IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK TORMEY, <br> Reg. No. 14849-039, <br><br> Petitioner, <br><br> v. <br><br> MILTON WASHINGTON, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:25-CV-162-WKW <br> ) [WO] <br> ) <br> ) <br> ) |

## **ORDER**

Petitioner Mark Tormey, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, which was docketed on February 26, 2025. (Doc. # 1.) At the time of filing, Petitioner was incarcerated at the Federal Prison Camp in Montgomery, Alabama. (Doc. # 1.) Petitioner has since been released to a residential reentry management (RRM) facility.[1] (Doc. # 10 at 1.) Because Petitioner has been transferred to an RRM, there is no longer a case or controversy to litigate, and this court is unable to provide any meaningful relief to Petitioner. *See Adams v. Washington*, 2025 WL 2174855, at *1–2 (M.D. Ala. July 31, 2025).

Based on the foregoing, it is ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice as moot.

---

[1] The Federal Bureau of Prisons inmate database reflects that Petitioner is no longer in custody at the Montgomery Federal Prison Camp. Petitioner's current location is listed as RRM Miami. *See Find an Inmate*, Fed. Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited Sep. 11, 2025).

2

Final judgment will be entered separately.

DONE this 11th day of September, 2025.

/s/ W. Keith Watkins<br>
UNITED STATES DISTRICT JUDGE

2